
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 1 2007

GREGORY C. LANGHAM
                                    CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-02459-ZLW-MEH

BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABS 2005-AB1,

    Plaintiff,

v.

DAVIA LOMAX-SMITH and ALTON L. SMITH, and any and all other occupants claiming an interest under the defendants,

    Defendants.

---

### MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Defendants' request, filed on February 6, 2007, seeking reconsideration of the Court's January 25, 2007, order denying them leave to proceed on appeal pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 is DENIED as moot. The appeal was dismissed for lack of jurisdiction on February 6, 2007.

Dated: August 1, 2007

---

Copies of this Minute Order were mailed on August 1, 2007, to the following:

Davia Lomax-Smith
Alton L. Smith
4168 S. Liverpool
Aurora, CO 80013

                                              Secretary/Deputy Clerk